Petition for Writ of Mandamus Denied and Memorandum Opinion filed
October 14, 2005









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed October 14, 2005.

 

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01049-CV

____________

 

IN RE MATTHEW FEINBERG, Relator

 

____________________________________________________________

 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

____________________________________________________________

 

M E M O R A N D U M   O
P I N I O N








On October 14, 2005, relator filed a petition
for writ of mandamus in this court.  See
Tex. Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In his petition, relator sought to have this
court compel the Honorable Pedro Ruiz, an associate judge for the 240th
District Court in Fort Bend County, to quash relator=s pre-suit deposition ordered
pursuant to Texas Rule of Civil Procedure 202. 
Relator also sought amendment of a protective order entered in
conjunction with the denial of his motion to quash the deposition.  With his petition for writ of mandamus,
relator filed a motion for emergency relief seeking to stay the deposition
pending our ruling on the petition.  See
Tex. R. App. P. 52.10.

This court lacks the power to issue a writ of mandamus
against an associate judge.  See Tex. Gov=t Code Ann. ' 22.221(b) (Vernon 2004) (granting
power to issue writs against district and county court judges located in the
appellate court=s district); see also Welder v. Fritz, 750 S.W.2d 930,
932 (Tex. App.CCorpus Christi 1988, orig.
proceeding).  Nor is issuance of a writ
of mandamus necessary to enforce this court=s jurisdiction.  See Tex.
Gov=t Code Ann. ' 22.221(a) (Vernon 2004).  Moreover, relator has an adequate remedy by
appeal to the referring court.  See Tex. Gov=t Code Ann. ' 54.1019 (Vernon 2005).

Accordingly, we deny relator=s petition for writ of mandamus and
motion for emergency relief. 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed October 14, 2005.

Panel consists of
Chief Justice Hedges and Justices Anderson and Guzman.